IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00037-MR-DLH

| | |
|---|---|
| THE ESTATE OF GEENA GEE BRATTON, by and through its successor-in-interest GEORGE ANDREW BRATTON, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| THE UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) |
| Defendants. | ) ) ) |

**O R D E R**

**THIS MATTER** is before the Court on the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2] and the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3].

The Plaintiff brought this action *pro se*, asserting claims in his capacity as the purported personal representative of his daughter's estate. [Doc. 1]. On March 2, 2015, the Court entered an Order concluding that the Plaintiff could not represent his daughter's estate *pro se* in federal court and directing the Plaintiff to obtain counsel within thirty days. [Doc. 4]. The Plaintiff was

specifically warned that failure to obtain counsel within the time allowed would result in the dismissal of this action without prejudice. [Id. at 4].

More than thirty days have passed, and counsel has not made an appearance on behalf of the Plaintiff. Accordingly, the Court will dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge