# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| George Andrew Bratton, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00037-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| US Department of Justice et al, | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2015 Order.

April 8, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court