IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00037-MR-DLH

| | |
|---|---|
| THE ESTATE OF GEENA GEE BRATTON, by and through its successor-in-interest GEORGE ANDREW BRATTON, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| THE UNITED STATES DEPARTMENT OF JUSTICE, et al., ) ) ) | |
| Defendants. ) _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Notice of New Evidence and Removal or Transfer of Pending Case to the Eastern District Court of North Carolina" [Doc. 7].

The Court entered an Order dismissing this case without prejudice on April 8, 2015. [Doc. 5]. Accordingly, the Plaintiff's request to submit additional evidence to the Court or to transfer this action to another court must be denied.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Notice of New Evidence and Removal or Transfer of Pending Case to the Eastern District Court of North Carolina" [Doc. 7] is **DENIED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge